UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHRISTOPHER HAMILTON,<br><br>Plaintiff,<br><br>v.<br><br>RASHEL M. ADRGNA,<br><br>Defendant. | No. 2:15-cv-2641 CKD P<br><br><br><br>ORDER |

On February 29, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was warned that failure to file an amended complaint would result in dismissal. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: April 14, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hami2641.dis